

# NUMBER 13-18-00270-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

| | |
|---|---|
| **ULLAH INVESTMENTS, LLC,** | **Appellant,** |
| **v.** | |
| **ABRAHAM ARREDONDO AND JOSE CERVANTES,** | **Appellees.** |

## On appeal from the County Court at Law No. 1 of Nueces County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Tijerina Memorandum Opinion by Chief Justice Contreras**

Appellant, Ullah Investments, LLC, perfected an appeal from a final judgment. On December 2, 2020, the clerk of this court notified appellant that the clerk's record in the above cause was originally due on October 21, 2020, and that the deputy district clerk, Angela Crain, had notified this Court that appellant failed to make arrangements for

payment of the clerk's record. The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect if it could be done. *See* Tex. R. App. P. 37.3, 42.3(b),(c). Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of the notice, the appeal would be dismissed for want of prosecution.

Appellant has failed to respond to this Court's notice and has taken no action in this matter since October, 2020. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* Tex. R. App. P. 42.3(b), (c).

DORI CONTRERAS
Chief Justice

Delivered and filed on the
20th day of May, 2021.